

**RECEIVED**

**FEB 29 2008**

**CLERK U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>            Plaintiff,         )<br>                              )<br>        v.                    )<br>                              )<br> KIRK OGDEN,                   )<br>                              )<br>            Defendant.         ) | Criminal No. 4:07-cr-173<br><br>INFORMATION<br>T. 29, U.S.C. § 501(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

Between in or about May, 2003, through in or about December, 2005, in the Southern District of Iowa, the Defendant, Kirk Ogden, while an employee of Painter's AFL-CIO District Council 81, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and the use of another, the moneys, funds, securities, property and other assets of Painter's AFL-CIO District Council 81, in the approximate amount of $8,653.00.

This is a violation of Title 29, United States Code, Section 501(c).

United States of America

Matthew G. Whitaker
United States Attorney

By: *Mary C. Luxa*
Mary C. Luxa
Assistant United States Attorney